# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Jamie Cook**

    Plaintiff(s)
    vs.                                    **CASE NUMBER: 3:21-cv-105 (ATB)**

**Kilolo Kijakazi**

    Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  ORDERED, that the decision of the Commissioner is REVERSED and this case REMANDED, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with this Memorandum-Decision and Order.

All of the above pursuant to the order of the Honorable Andrew T. Baxter, dated the 20th day of September, 2022.

DATED: September 20, 2022

_____
Clerk of Court

                                      s/Kathy Rogers
                                      Deputy Clerk